
# CARDI & EDGAR
### LLP

## MEMO ENDORSED

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

December 19, 2019

***Via ECF and E-mail***

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-30-19

Re: United States v. Kashawn Lyons, et al., 18 Cr. 320 (ALC)

Your Honor:

I am CJA counsel to Kashawn Lyons, who was sentenced on November 15, 2019, and Judgment was entered by the Court on December 3, 2019.

During Mr. Lyons' sentencing, I neglected to ask that the Court include in the judgment: (1) that Mr. Lyons be housed as close as possible to the New York City metropolitan area to facilitate visits with his family; and (2) that the Court recommend Mr. Lyons for RDAP, the BOP's Residential Drug Abuse Program.

I respectfully request that an amended judgment be issued including these two recommendations. I apologize for the oversight.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:    AUSA Jacob Warren (via ECF and email)
       AUSA Justin Rodriquez (via ECF and email)

The application is ✓ granted. denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: December 30, 2019.
NY, New York