UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA :

        -v- :

                                             18-cr-320 (ALC)

KASHAWN LYONS, :
                                             ORDER

:

        Defendant.
------------------------------------------------------X

Andrew L. Carter, U.S.D.J.

Upon the application of Kashawn Lyons, Reg. No. 71922-054, through his attorney, Dawn M. Cardi of Cardi & Edgar LLP and for good cause having been shown:

Wherefore Kashawn Lyons is currently incarcerated and unable to transmit a release form through counsel, and

Wherefore time is of the essence;

**It is hereby ORDERED THAT**

notwithstanding any provision of the Health Insurance Accountability and Portability Act of 1996, any medical provider to Mr. Lyons, including but not limited to the Federal Bureau of Prisons, shall immediately disclose to his counsel, Dawn M. Cardi, any and all records in its possession relating to Mr. Lyons.

SO ORDERED.

Dated: New York, New York
~~February~~ 27, 2021
May

_____
THE HONORABLE ANDREW L. CARTER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK